**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS MORALES, )<br>)<br>Defendant. ) | 2:10-CR-317-LDG (RJJ) |

**ORDER OF FORFEITURE**

On July 14, 2010, defendant DENNIS MORALES pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Wire Fraud and Bank Fraud in violations of Title 18, United States Code, Sections 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

This Court finds that DENNIS MORALES shall pay a criminal forfeiture money judgment of $100,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DENNIS MORALES a criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency.

DATED this _5_ day of _Aug 2010_

_____
UNITED STATES DISTRICT JUDGE