**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | 2:10-cr-00317-LDG-RJJ |
|  vs. ) | **ORDER** |
| DENNIS MORALES, ) | |
|       Defendant. ) | |

Based upon this pending Stipulation of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for October 28, 2010, at the hour of 10:00 a.m., is hereby vacated and continued to November 18, 2010, at the hour of 10:00 am in LV courtroom 6B.

**DATED** this 1 day of Nov 2010.

_____
UNITED STATES DISTRICT JUDGE