NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
summer.johnson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DENNIS MORALES<br><br>            Defendant. | Case No. 2:10-cr-00317-LDG-RJJ<br><br>**INSTALLMENT PAYMENT ORDER** |

This matter is before the Court on the motion of the United States for an installment payment order pursuant to 28 U.S.C. §3204. The Court has reviewed the motion and finds as follows:

1.   Judgment in the captioned matter was entered in favor of the United States and against Defendant on November 8, 2010 in the amount of $1,440,638.00.

2.   The Defendant is self-employed, and based upon the information available to the United States Attorney's Office, is able to make minimum monthly installment payments of $950.00 to the United States until the judgment debt is satisfied.

3.   The installment payments shall be paid beginning January 1, 2021 and shall be made on or before the 1st of each month thereafter until the balance is paid in full. Defendant shall provide the United States Attorney's Office with a semi-annual financial statement that summarizes: (1) Defendant's gross income, (2) Defendant's expenses, (3)

Defendant's gross wages, and (4) Defendant's disposable earnings after taxes and other deductions required by law. This statement is necessary to verify that the Defendant is paying an appropriate amount. Furthermore, Defendant shall be required to submit a complete copy of business and personal federal income tax returns to the United States Attorney's Office upon filing each year.

4. All checks or money orders are to be made payable to Checks should be made payable to: Clerk of the Court, U.S. District Court, and mailed to:

> Clerk of the Court, U.S. District Court
> 333 Las Vegas Boulevard South, Suite 1334
> Las Vegas, NV 89101

And bearing Judgment Debtor's name and case number:

> 2:10-cr-00317-LDG-RJJ

5. Defendant shall advise the United States Attorney's Office of any change in his financial status.

6. The district court shall retain jurisdiction over this case for purposes of enforcing this order.

IT IS SO ORDERED:

Dated: 12/1/2020

UNITED STATES DISTRICT JUDGE