UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS MORALES,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:10-CR-00317-KJD-RJJ<br><br>ORDER |

　　　　The Court issued an Omnibus Order Regarding Clarification of Restitution ("Omnibus Order") (#24) seeking clarification as to restitution that Defendants were ordered to pay jointly and severally—in nine cases ("Nine Cases"). The Government responded (#29). Though the time for doing so passed, Defendant failed to respond in any manner to either the Court's Order or the Government's response. The Court will direct entry of an amended judgment for the sole purpose of clarifying errors with respect to restitution only relating to Morales.

　　　　The only issue identified by the Court and recognized by the Government in reference to Defendant Morales was restitution regarding the property at 9132 Fusion Drive. This property pertains to seven defendants. Of the seven, six were ordered to pay restitution to Fannie Mae and two (including Morales) were ordered to pay restitution to the FDIC.[1] The Government, in response to the Court's order, identified only Fannie Mae as the victim in this action. There has been no opposition to that recommendation. Accordingly, the Court will issue an amended judgment that deletes the FDIC as the victim and substitutes Fannie Mae as the victim. The restitution amount of $248,538.00 will remain the same. Further, the Clerk of the Court is

---

[1] One defendant, Wagner, had been ordered to pay to both Fannie Mae and the FDIC. This double obligation accounts for the seemingly extra defendant. See Doc. No. 29, p. 9. In Wagner's case, the court ordered an amended judgment that eliminated his double obligation and ordered restitution to only be made to Fannie Mae. See U.S. v. Wagner,

authorized to collect a refund of any restitution amounts paid to the FDIC, to pay those to Fannie Mae and credit them towards Morales' restitution obligation.

**IT IS SO ORDERED.**

DATED this 23rd day of April, 2021.

                                                  The Honorable Kent J. Dawson
                                                United States District Judge